Next, we have N. Ray Fancher, Appellant Zach Zane Fancher appearing pro se, C. Frederick Miney appearing for appellee. Okay, I can't see Mr. Fancher. Are you on the line, Mr. Fancher? Do we have Mr. Fancher? We had him when we started. Mr. Fancher, are you still with us? And if so, can you please turn your camera on and your audio? Judges, this is Callie. The counsel is still on the call, but is unresponsive to requests to turn on their video or unmute themselves. Thank you. All right. So, Mr. Fancher, this is Judge Ferris. This is your last chance. We have to move on. So, please, if you wish to argue, turn on your video and turn on your audio so we can see and hear you. If you don't want to do that or can't do that, we'll simply accept your arguments based on the briefs. And that's fine. We won't hold that against you. But if you want to argue today, please do it now. And if you're only able to get your audio started, we'll work with that also. Okay. Well, apparently not. All right. Mr. Miney. Good morning, Your Honor. I can hear you. Do you want to say anything? Are you willing to submit on your briefs? What's your preference? I'm willing to submit on the briefs, Your Honor. Okay. All right. That's what we'll do then. Without any objection from my fellow panelists? Okay. All right. The matter is submitted. Thank you very much. You'll get our written decision promptly. Thank you. Thank you, Your Honor. And that's the end of the calendar, so the court's in recess. All rise.
judges: Faris, Spraker, and Corbit